UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **OSPREY PROPERTY COMPANY, LLC** | * | |
| *Plaintiff,* | * | |
| v. | * | Case No. 08-cv-02705-AMD |
| **GE BUSINESS FINANCIAL SERVICES INC.** | * | |
| *Defendant.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT'S LOCAL RULE 103.3 DISCLOSURE STATEMENT

Defendant, GE Business Financial Services Inc. ("GE BFS"), by its undersigned attorneys, hereby discloses the following information pursuant to Local Rule 103.3:

### Corporate Affiliations

GE Business Financial Services Inc. is a Delaware corporation and a wholly-owned subsidiary of GEI, Inc., a Delaware corporation. GEI, Inc. is a wholly-owned subsidiary of GE Capital Corporation, a Delaware corporation. GE Business Financial Services Inc. is the parent of BFS Capital Assets, LLC and Landmark FBO Holdings, LLC.

### Non-Parties Having A Possible Financial Interest In The Litigation

The following non-parties may have a financial interest in the litigation:

None.

Respectfully submitted,

/s/    John R. Fischel
John R. Fischel (Fed. Bar No. 25690)
Donald English (Fed. Bar No. 27534)
Scott R. Wilson (Fed. Bar No. 28602)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
Phone: (410) 727-6464
Fax: (410) 385-3700
jfischel@milesstockbridge.com

*Counsel for Defendant, G.E. Business Financial Services, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Lloyd J. Snow, Esquire
Rosen Hoover P.A.
One Charles Center
100 North Charles Street
Suite 1010
Baltimore, Maryland 21201

/s/
John R. Fischel